IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

3:10-CV-426-R

Spencer Pratt;
Jonathan Lee Riches;
Plaintiffs

CASE NO:

V.

Heidi Montag;
DR. Amanda Hughes a/k/a
DR. Amanda Leigh Hughes d/b/a
RDAP DRug Treatment Specialist,

Defendants

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
10 JUN 15 PM 12:02

---

| Preliminary Injunction, Temporary Restraining order, TRO |
| 28 USC 1331 |

---

comes Now, the Plaintiffs, Spencer Pratt and Jonathan Lee Riches, we face imminent danger and Bodily harm from the Defendants Heidi Montag and DR. Amanda Hughes. Defendants told us they are going to kill us and the Defendants continue to inflict emotional, mental, and physical stress on us, we seek a restraining order Against them

## Complaint

Heidi Montag is the wife of spencer Pratt, where they got Married in April of 2009. Heidi Montag is a well known Hollywood Actress who stars in the t.v. series "the Hills". Jonathan Lee Riches is the step Brother and Agent for Plaintiff Spencer Pratt. Both Plaintiffs have been victimized and severely Hurt by the Defendants, In November of 2009, Heidi Montag

PAGE 2

had a Affair with Jonathan Lee Riches behind Spencer Pratts back. This occured at a holiday Inn Express down the road From Church Hill downs in Louisville Kentucky. Heidi Montag Flew to Louisville From her Malibu California home to recieve cocaine, oxycotin, and stolen credit cards from Jonathan Lee Riches. Heidi Montag has a current major drug Addiction, and MR. Riches is lending connection where Montag Flys into Kentucky once a month to get illegal drugs. On Nov 1, 2009 Montag met Jonathan Lee Riches behind her husbands back at Room 227 at the Holidg Inn Express in Louisville to purchase 69 ounces of cocaine and a Bottle of oxycotin. At this time Montag Forgot her wallet and could not pay for the drugs. MR. Riches Knew Montag had bad credit From her previous Reckless spending Debts to Adam & Eve For sex toys and unpaid Hooters Night club bar and grill eating Bills. Since Montag did not have money to pay Riches for drugs she offered her body for sex. Montag begged Riches, and Riches Agreed to those terms. They had sex for 48 straight hours. While Riches was asleep in the double bed, Heidi Montag took the wallet Belonging to Jonathan Lee Riches. Inside was All of MR. Riches personal documents, I.D's, social security card, Golds Gym membership, organ Donorship card. A picture of Jonathan Lee Riches with Angelina Jolie at a white castle hamburger Joint in 1995, and Jonathan Lee Riches American express Black card. Montag took the wallet and drugs and Flew back to California. Then Numerous times in November 2009, Heidi Montag got 10 plastic surgeries on herself using the stolen American Express Black card Belonging to Jonathan Lee Riches totaling over 225,000 dollars. This was Not Authorized by MR. Riches, and Now MR. Riches is in Debt. This has caused MR. Riches Hardship and Pain, as MR. Riches was Depended now off those funds. At the beginning of December 2009, MR. Jonathan Lee Riches began to feel sick and weak, was losing weight, Had Bowel issues, throwing up. MR. Riches went to his Doctors and they

performed Lab tests and Blood work on Riches. A week later Riches got a call from his Doctor with Terrible News. Jonathan Lee Riches is HIV Positive with Aids and got a std. The Doctor Asked MR. Riches if he had sex with Anyone. Jonathan Lee Riches told him he only had sex with one person in his life and that was Heidi Montag. Before Heidi Montag had sex with MR. Riches, MR. Riches was a virgin. Heidi Montag gave Jonathan Lee Riches Aids and a sexually transmitted disease. Riches can send ~~how must his mother Records as Proof and also video~~ Surveillance Photos of Heidi Montag Leaving Room 227 at the Louisville Holiday Inn Express as Proof. Riches will not live now past another Year. Not only that but Riches was going to use his American Express Black card that Heidi Montag stole to get herself 10 plastic surgeries with, and Riches was going to use this card to pay for medical treatments and Medicines for his HIV and std to try to get better, but now he cant Afford treatments because of Heidi Montags recklessness, abuse, thievery. Heidi Montag has a total disregard for Jonathan Lee Riches' health and gave him HIV and used his credit cards to boost her Acting career to get plastic surgeries all at the expense of Jonathan Lee Riches. Jonathan Lee Riches' funds payed for Heidi Montags F-cup Breast implants, her chin work, eye Brow lifts, her nose Job, her lip fillers, her ears fat removal, her tummy tuck, Botox injections, even her belly bottom being Pierced. Jonathan Lee Riches did not Authorize this and needs his money so he can get HIV treatments from the Aids he got from Montag. The world does not Know this, but every weekend since January 2010, Heidi Montag has also been in secret Drug and Alcohal Abuse treatment Rehabilitation. She flys into lexington Kentucky every weeked to Attend the RDAP, Residential Drug Abuse program that is being held at the Federal medical center in lexington Kentucky where she is getting weekend in patient substance Abuse treatment by her DR., DR Amanda Hughes. Spencer Pratt is filing this Lawsuit For Heidi Montag committing Adultry on him with Jonathan Lee Riches and with her current Drug

treatment staff, DR. Amanda Hughes. DR. Amanda Hughes and Heidi Montag are currently having a lesbian Affair inside the Federal medical center in Lexington Kentucky with each other in DR. Hughes office in the basement of the veritas unit in the RDAP Program. While Hughes and Montag are having sex their using DR. Hughes work computer and her video cam and taping it to be played on Youtube, Heidi Montag also gave DR. Hughes the American express card that belongs to Jonathan Lee Riches, so Hughes can purchase items for herself. DR. Hughes wants to become a man and Heidi Montag has been influencing Hughes to get testosterone treatments and on July 4, 2010 DR. Hughes is planning on using Jonathan Lee Riches credit card to get a $100,000 sex change operation for Heidi Montag. This is unconstitutional. DR. Hughes also bought steroids with Riches card which Montag injects into her. DR. Hughes has also been stealing and embezzling women's clothing from the basement tunnel of the veritas Drug Program unit where females from the Federal medical centers camp program has bras and panties stored, Hughes has been giving them to Montag to wearing on Television. Hughes claims to be a Drug treatment specialist but has a fake degree which she bought online at Fakecollegedegree.com for $5,000 using Riches' credit card, and Hughes also snorts cocaine at work. We seek a restraining order, we want Montag to stop committing Adultry and for Riches to get medical treatment for the HIV he got from Montag, we pray this court will grant our motions for relief.

respectfully

6-10-10

6-1-10

Spencer Pratt
1000 American Media Way
Boca Raton, FL 33464

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512
859-255-6812



14 JUN 2010 PM 2 T

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 JUN 15 AM 10: 44

United states District Court
Western District of Kentucky
Clerk of Court
601 West Broadway
Louisville, Kentucky 40202

40202-2238