**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:10CV-P426-R**

**SPENCER PRATT**                                                              **PLAINTIFFS**
**JONATHAN LEE RICHES**

**v.**

**HEIDI MONTAG**
**DR. AMANDA HUGHES**                                                  **DEFENDANTS**

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court

being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED**

pursuant to Federal Rule of Civil Procedure 12(b)(1).

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in

good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiffs, *pro se*
4413.005